IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | | |
|---|---|---|
| Zachary Compson, #344972, | ) | C/A No.: 1:11-3469-RMG-SVH |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| Warden Gregory Knowlin, | ) | |
| ~~Turbeville Correctional Institution~~, | ) | |
| | ) | |
| Respondent. | ) | |
| | ) | |

      This is an action seeking habeas corpus relief under 28 U.S.C. § 2241. Petitioner is a state prisoner. Therefore, in the event that a limitations issue arises, Petitioner shall have the benefit of the holding in *Houston v. Lack*, 487 U.S. 266 (1988) (prisoner's pleading was filed at the moment of delivery to prison authorities for forwarding to District Court). Under Local Civil Rule 73.02(B)(2) (D.S.C.), pretrial proceedings in this action have been referred to the undersigned United States Magistrate Judge. Petitioner has paid the five-dollar ($5) filing fee (Receipt No. SCX400007334, December 22, 2011).

### TO THE CLERK OF COURT:

      A prisoner's custodian is the proper respondent in a habeas corpus action. *Rumsfeld v. Padilla*, 542 U.S. 426, 434-35 (2004). Hence, the Clerk of Court shall terminate the Turbeville Correctional Institution as a respondent as of the date this signed order is received for docketing. The Clerk of Court shall not serve the § 2241 Petition upon Respondent because the Petition is subject to summary dismissal.

      The Clerk of Court shall not enter any change of address submitted by Petitioner which directs that mail be sent to a person other than Petitioner unless that person is an attorney admitted to practice before this court who has entered a formal appearance.

### TO THE PETITIONER:

      Petitioner must place the civil action number (C/A No.) listed above on any document filed in connection with this case. **Any future filings by Petitioner in this case must be sent to the Clerk's Office in Columbia (901 Richland Street, Columbia, South Carolina 29201).** All documents requiring Petitioner's signature shall be signed with Petitioner's full legal name written in Petitioner's own handwriting. *Pro se* litigants,

such as Petitioner, shall *not* use the "s/typed name" format used in the Electronic Case Filing System. In all future filings with this court, Petitioner is directed to use letter-sized (8½ inches by 11 inches) paper only, to write or type text on one side of a sheet of paper only and not to write or type on both sides of any sheet of paper. Petitioner is further instructed not to write to the edge of the paper, but to maintain one-inch margins on the top, bottom, and sides of each paper submitted.

Petitioner is a *pro se* litigant. Petitioner's attention is directed to the following important notice:

> You are ordered to always keep the Clerk of Court advised **in writing** (**901 Richland Street, Columbia, South Carolina 29201**) if your address changes for any reason, so as to assure that orders or other matters that specify deadlines for you to meet will be received by you. If as a result of your failure to comply with this order, you fail to meet a deadline set by this court, **your case may be dismissed for violating this order**. Therefore, if you have a change of address before this case is ended, you must comply with this order by immediately advising the Clerk of Court in writing of such change of address and providing the court with the docket numbers of all pending cases you have filed with this court. Your failure to do so will not be excused by the court. Put this order with your own record of this case so that you will not overlook your duty.

IT IS SO ORDERED.

*/s/ Shiva V. Hodges*

January 20, 2012  
Columbia, South Carolina

Shiva V. Hodges  
United States Magistrate Judge